People of the State of Illinois ex rel. Charles J.
MacGowan, Appellee, v. Chicago Park District,
Appellant.

Gen. No. 41,142.

opinion filed November 26, 1940. John O. Rees, for appellant; Martin G. Loeff and Harry P. Hensel, of counsel; no appearance for appellee. Opinion by JUSTICE SCANLAN. "Not to be published in full."